# EXHIBIT B

**Attachment to the 1998 Form 5500**
**Code §410(d) Election**

The Ascension Health Welfare Benefit Plans are maintained primarily for the benefit of the employees of Ascension Health. Ascension Health serves as the plan sponsor and plan administrator of the Ascension Health Welfare Benefit Plans.

Ascension Health asserts that the Ascension Health Welfare Benefit Plans are currently, and have always been, subject to ERISA. However, some courts have held that plans which are structured as ERISA plans, but sponsored by church-related entities will not be subject to ERISA until such plans make an election under Code § 410(d). *See, e.g., Catholic Charities of Maine, Inc. v. City of Portland*, 304 F.Supp. 2d 77 (D. Me. 2004). Therefore, in light of such court decisions but without making any concession with regard to the court's position, Ascension Health desires to make the following election under Code § 410(d).

Ascension Health hereby makes an election under Code § 410(d) to treat the Ascension Health Welfare Benefit Plans listed on Appendix A and any other welfare benefit plans that are added as component plans of the Ascension Health Welfare Benefit Plans after January 1, 1998 ("Welfare Plans"), and only those Welfare Plans, as subject to applicable provisions of the Code and ERISA, effective January 1, 1998. Treasury Regulation §§ 1.410(d)-1(c)(3) and (5) permit a retroactive election; however, if a court of competent jurisdiction determines that a retroactive election is not effective, this election shall be effective on the date of filing of this election.

Eric Jamstein
signature

VP, Compensation & Benefits
title

September 5, 2008
date

## Appendix A
## to Code § 410(d) Election

Ascension Health POS Medical Plan (formerly Daughters of Charity National Health System, Inc. POS Medical Plan)

Ascension Health Point of Service Medical Plan (formerly Daughters of Charity National Health System, Inc. Pont of Service Medical Plan)

Ascension Health PPO Medical Plan (formerly Daughters of Charity National Health System, Inc. PPO Medical)

Ascension Health Indemnity Medical Plan (formerly Daughters of Charity National Health System, Inc. Indemnity Medical Plan)

Ascension Health Dental Plan (formerly Daughters of Charity National Health System, Inc. Dental Plan)

Ascension Health Vision Service Plan (formerly Daughters of Charity National Health System, Inc. Vision Service Plan)

Ascension Health Prescription Drug Plan (formerly Daughters of Charity National Health System, Inc. Prescription Drug Plan)

Ascension Health Employee Assistance Plan (formerly Employee Assistance Program)

Ascension Health Short-term Disability Plan ( formerly Daughters of Charity National Health System, Inc. Short Term Disability Plan)

Ascension Health Long-term Disability Plan (formerly Daughters of Charity National Health System, Inc. Long-Term Disability Plan)

Ascension Health Life Insurance Plan (formerly Daughters of Charity National Health System, Inc. Life Insurance Plan)

Ascension Health Basic Accidental Death and Dismemberment Plan (formerly Daughters of Charity National Health System, Inc. Basic Accidental Death and Dismemberment Plan)

Ascension Health Voluntary Personal Accident Insurance Plan (formerly Daughters of Charity National Health System, Inc. Voluntary Personal Accident Insurance Plan)

**[END OF LIST]**